UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IOSIF TAMAS,<br>Plaintiff,<br>v.<br>STATE OF WASHINGTON, et al.,<br>Defendants. | Case No. C26-4023-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

Plaintiff submitted an application to proceed *in forma pauperis* (IFP) in which he indicates he received, in the past twelve months, $2,000 from a pension and $1,200 in social security benefits, but otherwise has no income or sources of money, has no cash on hand or money in a savings account, and has $1,200 in a checking account. Dkt. 1 at 1-2. Plaintiff provided no information in response to the question asking for a description of his monthly expenses, and stated in response to the question asking for an explanation as to why he cannot pay court fees and costs: "I'm living out of home." *Id*. at 2.

The Court is unable to consider Plaintiff's request to proceed IFP. Plaintiff must provide complete and detailed information as to his financial status, including clarification as to the total amounts he received from his pension and social security for the past twelve months. Plaintiff must also answer all of the questions on the form, including the question regarding his monthly expenses, and must provide further explanation as to why he is unable to pay court fees and costs. Plaintiff is therefore directed to submit a revised IFP application within **twenty (20) days** of the date of this Minute Order. Failure to comply with this directive may result in denial of the application to proceed IFP and/or dismissal of this matter.[1]

Dated this 26th day of October, 2026.

Joshua C. Lewis
Clerk of Court

By: s/ Stefanie Prather
Deputy Clerk

[1] The Court also notes that Plaintiff failed to complete the complaint form attached to his IFP application. *See* Dkt. 1-1. Plaintiff is advised that, should he wish to proceed in this matter, he will be required to submit a completed complaint.