UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IOSIF TAMAS,<br>Plaintiff,<br>v.<br>STATE OF WASHINGTON, et al.,<br>Defendants. | Case No. C26-4023-TL<br><br>ORDER GRANTING IN FORMA PAUPERIS APPLICATION |

Because Plaintiff does not appear to have funds available to afford the $405.00 filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's amended IFP application, Dkt. 5, is GRANTED. However, the undersigned recommends review by the assigned District Judge under 28 U.S.C. § 1915(e)(2)(B). *See* Dkt. 4 at 2 n.1 (noting Plaintiff failed to complete the complaint form attached to his IFP application) (citing Dkt. 1-1); *see also Tamas v. City of Woodinville*, No. C22-1797-LK; *Tamas v. Woodinville Police Dep't*, No. C06-1036-RSL; *Tamas v. King County Superior Court*, Case. No. C05-0391-JLR. The Clerk of the Court is directed to send a copy of

/ / /

this Order to Plaintiff and to the assigned District Judge.

Dated this 13th day of November, 2026.

S. KATE VAUGHAN
United States Magistrate Judge